**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROY KEHOE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA, <br><br> Defendants. | Case No. 1:21-cv-01920-NGG-LB |
| RAMESH KUMAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA, <br><br> Defendants. | Case No. 1:21-cv-02383-ENV-LB |

**NOTICE OF WITHDRAWAL OF MICHAEL J. VICKERS'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF LEAD COUNSEL</u>**

On June 8, 2021, Michael J. Vickers timely filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel in connection with the above-captioned securities class action (Dkt. No. 17, the "Motion"). Five similar motions were filed by other putative class members in this action. *See* Dkt. Nos. 14, 20, 22, 23, 29.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Vickers does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Vickers hereby withdraws his Motion.

By this withdrawal, Mr. Vickers does not waive his rights to participate and recover as a class member in this litigation.

DATED: June 14, 2021

Respectfully submitted,
**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Michael J. Vickers*

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 14, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh