**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROY KEHOE, Individually and on behalf of all others similarly situated, | Case No: 1:21-cv-01920-NGG-LB |
| Plaintiff, | CLASS ACTION |
| v. | |
| 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, JAGTAR NARULA, | |
| Defendants. | |
| RAMESH KUMAR, Individually and on behalf of all others similarly situated, | Case No: 1:21-cv-02383-ENV-LB |
| Plaintiff, | CLASS ACTION |
| v. | |
| 3D SYSTEMS CORPORATION, VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF YI-AN CHEN'S MOTION**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Yi-an Chen ("Movant") hereby withdraws her Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. ECF No. 20.  Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in the relief sought by the class.  This withdrawal shall have no impact on Movant's membership in the putative class, her right to share in any recovery obtained for the benefit of the class members, and/or her ability to serve as a representative party should the need arise.

DATED: June 21, 2021                     Respectfully submitted,

                                         **BRAGAR EAGEL & SQUIRE, P.C.**

                                         By: */s/ Marion C. Passmore*
                                         Marion C. Passmore
                                         Melissa A. Fortunato
                                         810 Seventh Avenue, Suite 620
                                         New York, NY 10019
                                         Telephone:  (212) 308-5858
                                         Facsimile:  (212) 214-0506
                                         Email: passmore@bespc.com
                                         Email: fortunato@bespc.com

                                         *Counsel for Movant*

1

2

## CERTIFICATE OF SERVICE

I, Marion C. Passmore, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 21st day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

2