## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY KEHOE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01920-NGG-LB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, JAGTAR NARULA | |
| Defendants. | |
| RAMESH KUMAR, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-02383-ENV-LB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION OF EDUARDO CABANAYAN TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On June 8, 2021, Eduardo Cabanayan ("Cabanayan") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Cabanayan as Lead Plaintiff on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired 3D Systems Corp. securities between May 6, 2020 and March 1, 2021, inclusive; and (3) approving Cabanayan's selection of Lead Counsel for the Class. ECF No. 23.

Five competing motions were filed by other putative class members in this action. Having reviewed the competing lead plaintiff motions, Cabanayan does not appear to have the largest financial interest as it appears that, *inter alia*, movant Darrell E. Cline possesses a "large[r] financial interest in the relief sought by the class" during the class period as required by the PSLRA and is therefore the presumptive lead plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). Accordingly, Cabanayan does not oppose the competing lead plaintiff motion of Mr. Cline. *See* ECF No. 22.

This non-opposition shall have no effect upon the rights of Cabanayan as a member of the proposed class, including, but not limited to, the right to participate and recover as a class member in this litigation.

Dated: June 21, 2021

**KIRBY MCINERNEY LLP**

*/s/ Ira M. Press*
Ira M. Press
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
           telrod@kmllp.com

*Counsel for Eduardo Cabanayan*