**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROY KEHOE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, JAGTAR NARULA, <br><br> Defendants. | Case No.: 1:21-cv-01920-NGG <br><br> Hon. Nicholas G. Garaufis |
| RAMESH KUMAR, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 3D SYSTEMS CORPORATION, VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA, <br><br> Defendants. | Case No.: 1:21-cv-02383-ENV <br><br> Hon. Eric N. Vitaliano |

**NOTICE OF NON-OPPOSITION OF VITO D'AMELIO TO**
**COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Vito D'Amelio ("Movant") respectfully does not oppose

the competing motions for consolidation, appointment as lead plaintiff, and approval of selection

of lead counsel in the above-captioned actions (the "Actions"). On June 8, 2021, Movant timely

filed a motion for consolidation of the Actions, appointment as lead plaintiff, and approval of

selection of counsel, stating that he suffered approximately $88,551.00 in financial losses in

connection with his purchase of 3D Systems Corp. ("3D Systems") securities from May 6, 2020 to March 1, 2021, inclusive. Similar motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: June 22, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Vito D'Amelio*

2