UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY KEHOE, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, JAGTAR NARULA,<br><br>     Defendants. | Case No.  1:21-cv-01920-NGG-LB |
| RAMESH KUMAR, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>3D SYSTEMS CORPORATION, VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA,<br><br>     Defendants. | Case No.  1:21-cv-02383-ENV-LB |

NOTICE OF NON-OPPOSITION OF RAMESH KUMAR TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On June 8, 2021, Ramesh Kumar ("Kumar"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Kumar as Lead Plaintiff on behalf of all persons and entities who purchased the publicly traded securities of 3D Systems Corporation from May 6, 2020 to March 1, 2021 (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 29.

Having reviewed the competing motions before the Court, it appears that Kumar does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Kumar's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  June 22, 2021                          Respectfully submitted,

                                               POMERANTZ LLP

                                               */s/ Jeremy A. Lieberman*
                                               Jeremy A. Lieberman
                                               J. Alexander Hood II
                                               James M. LoPiano
                                               600 Third Avenue
                                               New York, New York 10016
                                               Telephone: (212) 661-1100
                                               Facsimile: (212) 661-8665
                                               jalieberman@pomlaw.com
                                               ahood@pomlaw.com
                                               jlopiano@pomlaw.com

                                               *Counsel for Ramesh Kumar and Proposed*
                                               *Lead Counsel for the Class*

1