**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY KEHOE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORP., VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, JAGTAR NARULA,<br><br>Defendants. | **CASE No.: 1:21-cv-01920-NGG-TAM**<br><br>**NOTICE OF NON-OPPOSITION TO THE MOTION OF DARRELL E. CLINE TO: (1) CONSOLIDATE RELATED ACTION; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 22)**<br><br>**CLASS ACTION** |
| RAMESH KUMAR, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORPORATION, VYOMESH I. JOSHI, TODD A. BOOTH, JEFFREY A. GRAVES, WAYNE PENSKY, and JAGTAR NARULA,<br><br>Defendants. | **CASE No.: 1:21-cv-02383-NGG-TAM**<br><br>**CLASS ACTION** |

1

Lead Plaintiff Movant Darrell E. Cline ("Dr. Cline" or "Movant") respectfully submits this Notice of Non-Opposition to his motion to: (1) Consolidate the Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel, filed on June 8, 2021 as Docket No. 22 (the "Motion").

Five other competing motions were filed in this action. (Dkt. Nos. 14, 17, 20, 23, 29). On June 14, 2021 and June 21, 2021, Michael J. Vickers and Yi-an Chen, respectively, filed notices of withdrawal of their lead plaintiff motions noting that neither appeared to have the largest financial interest. (Dkt. Nos. 32, 35). On June 21, 2021 and June 22, 2021, Eduardo Cabanayan, Vito D'Ameilo, and Ramesh Kumar, respectively, filed notices of non-opposition recognizing that they did not have the largest financial interest. (Dkt. Nos. 36, 38, 39). In his notice of non-opposition, Cabanayan explicitly stated that Dr. Cline appeared to have the largest financial interest. (Dkt. No. 36). On June 22, 2021, Defendants filed a response to the lead plaintiff motions stating that they do not take a position as to which movant should be appointed lead plaintiff. (Dkt. No. 37).

Dr. Cline is the only remaining movant and no opposition to his Motion was filed. The June 22, 2021 deadline to file an opposition has passed. Accordingly, Dr. Cline's Motion is unopposed. Thus, Dr. Cline respectfully requests that the Court decide the Motion on the papers and enter the [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel submitted as Docket No. 22-1.

Dated: June 23, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim