UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 3D SYSTEMS SECURITIES LITIGATION | Master File No. 1:21-CV-01920-NGG-TAM |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR FILING CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

Lead Plaintiff Darrell E. Cline ("Lead Plaintiff") and Defendants 3D Systems Corporation, Jeffrey A. Graves, Jagtar Narula, Vyomesh I. Joshi, Todd A. Booth, and Wayne Pensky (collectively, the "Defendants," and, together with Lead Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on July 13, 2021, the Court entered an Order that, among other things, appointed Darrell E. Cline as Lead Plaintiff and approved his selection of The Rosen Law Firm, P.A. as Lead Counsel (DCKT #41);

WHEREAS, on July 13, 2021, the Court entered a docket Order directing the Parties to meet-and-confer and submit a Scheduling Order on or before July 27, 2021, pursuant to the Parties' Joint Stipulation Regarding Extension of Time to Respond to Complaint (DCKT #34); and

WHEREAS, the Parties have met and conferred by e-mail and agreed on a schedule for Lead Plaintiff to file his Consolidated Amended Complaint ("CAC") and for Defendants' responses thereto;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that the Court enter an Order, as follows:

1.  Lead Plaintiff shall file his CAC on or before **September 13, 2021**;

2. Defendants shall move to dismiss, answer, or otherwise respond to the CAC on or before **November 12, 2021**; and

3. If Defendants move to dismiss the CAC, Lead Plaintiff shall file his opposition to Defendants' motion to dismiss on or before **January 11, 2022**, and Defendants shall file their reply brief in support of their motion to dismiss on or before **February 10, 2022**.

DATED: July 20, 2021

*/s/ Phillip Kim*
Phillip Kim
pkim@rosenlegal.com
Laurence M. Rosen
lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave.
40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Counsel for Lead Plaintiff and the Putative Class*

*/s/ John A. Jordak, Jr.*
John A. Jordak, Jr.
john.jordak@alston.com
Elizabeth Gingold Clark
elizabeth.clark@alston.com
Timothy J. Fitzmaurice
tim.fitzmaurice@alston.com
**ALSTON & BIRD**
90 Park Avenue
15th Floor
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for Defendants*

**SO ORDERED** this ___ day of _____, 2021.

_____
The Honorable Nicholas G. Garaufis
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

**ALSTON & BIRD**

/s/ *Elizabeth Gingold Clark*
Elizabeth Gingold Clark
elizabeth.clark@alston.com
90 Park Avenue
15th Floor
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for Defendants*