# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

John A. Jordak, Jr.                    Direct Dial: **404-881-7868**                    Email: **john.jordak@alston.com**

August 18, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    *In re 3D Systems Securities Litigation*, No. 1:21-cv-01920-NGG-TAM (E.D.N.Y.)

Dear Judge Garaufis:

     We represent Defendant 3D Systems Corporation ("3DSC"), Jeffrey A. Graves, Jagtar Narula, Wayne Pensky, Vyomesh I. Joshi, and Todd A. Booth (together, the "Defendants"). We write jointly with counsel for Lead Plaintiff Darrell Cline and Named Plaintiffs Troy Kehoe, Alfonzo Woods, Osiel Herrera Martinez, and Diane Van Alstyne (together, "Plaintiffs") to request that Your Honor stay all proceedings in this matter, including any decision on Defendants' Motion to Dismiss (ECF No. 50), so the parties may attempt to resolve this matter through mediation.

     The parties have agreed to work with a mediator, Jed D. Melnick, who is experienced in resolving securities class actions, to pursue a resolution of this matter through mediation on October 12, 2022. In the event the mediation proves to be unsuccessful, the parties will promptly notify the Court and be prepared to move forward with this case.

     The parties are available for a status conference if Your Honor wishes to discuss these issues further, and this is the first request for a stay by any party in this case.

                       Respectfully Submitted,

**Application granted.
So Ordered.**

        s/NGG

**Hon. Nicholas G. Garaufis**                    John A. Jordak, Jr.
**Date:** 8/20/22                    Counsel for Defendants

cc:    Counsel of Record (via ECF)

Alston & Bird LLP                                                                                                    www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.