**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Robin Bronzaft Howald
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: rhowald@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 3D SYSTEMS SECURITIES LITIGATION | CASE No.: 1:21-cv-01920-NGG-TAM |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND <u>ESTABLISHING NOTICE PROCEDURES</u>

PLEASE TAKE NOTICE that Lead Plaintiff Darrell E. Cline and Plaintiffs Troy Kehoe, Alfonzo Woods, Osiel Herrera Martinez and Diane Van Alstyne ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Nicholas G. Garaufis, United States District Judge of the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, each filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose this motion. Accordingly, Plaintiffs request that the Court enter the Proposed Order, also attached as Exhibit A to the Stipulation, submitted herewith.

Dated: December 19, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Robin Bronzaft Howald
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
          rhowald@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 19, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Phillip Kim*
Phillip Kim
