**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

<table>
<tr><td>IN RE 3D SYSTEMS SECURITIES LITIGATION</td><td>Master File No. 1:21-CV-01920-NGG-TAM</td></tr>
</table>

## DECLARATION OF ELIZABETH GINGOLD CLARK

Pursuant to 28 U.S.C. § 1746, I, ELIZABETH GINGOLD CLARK, declare as follows:

1. I am a partner in the law firm of Alston & Bird, counsel to Defendants 3D Systems Corporation, Jeffrey Graves, Jagtar Narula, Wayne Pensky, Vyomesh Joshi, and Todd Booth (collectively, "Defendants"), in the above-captioned matter.

2. Pursuant to ¶ 4.3 of the Stipulation of Settlement (Dkt. No. 55), I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3. Attached hereto as Exhibit 1 is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on December 21, 2022, to the United States Attorney General. *See* 28 U.S.C. § 1715(a)(1). The same letter was also sent to the Attorney Generals for all United States and United States Territories in which "some or all of the matters alleged in the class action are subject to regulation." *See* 28 U.S.C. § 1715(a)(2).

4. As required by 28 U.S.C. § 1715(b), enclosed with the CAFA Notice were copies of: (i) the Class Action Complaints in both matters prior to consolidation (Dkt. No. 1 in Case 1:21-cv-01920-NGG-LB and Dkt No. 1 in Case 1:21-cv-02383-NGG-TAM); (ii) the Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. No. 43); and (iii) the Notice of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (Dkt. No. 56) and Memorandum of Law in Support of

Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (Dkt. No. 57) and all supporting exhibits, including the Stipulation of Settlement (Dkt. No. 55), which includes the Proposed Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 55-1), the Notice of Pendency and Proposed Settlement of Class Action (Dkt. No. 55-2), the Proof of Claim and Release Form (Dkt. No. 55-3), the Summary Notice of Pendency and Proposed Class Action Settlement (Dkt. No. 55-4), the Postcard Notice (Dkt. No. 55-5), and the Proposed Order and Final Judgment (Dkt. No. 55-6).

5.      To the best of my knowledge, Defendants have fully complied with CAFA and the Stipulation of Settlement with respect to the CAFA Notice and have satisfied all their obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2022.

*/s/ Elizabeth Gingold Clark.*
ELIZABETH GINGOLD CLARK

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

**ALSTON & BIRD**

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark
elizabeth.clark@alston.com
90 Park Avenue
15th Floor
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444