# Exhibit 1

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Elizabeth Gingold Clark                Direct Dial:  404-881-7132                Email:  elizabeth.clark@alston.com

December 21, 2022

**VIA OVERNIGHT DELIVERY**

The Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The State Attorneys General
(Identified on Attached Exhibit A)

> Re:     Notification under Class Action Fairness Act of Proposed Settlement in *In re 3D Systems Securities Litigation,* No. 1:21-cv-01920-NGG-TAM (E.D.N.Y.)

Dear Sir or Madam:

I am writing to you on behalf of Defendant 3D Systems Corporation ("3DSC" or the "Company"), Jeffrey A. Graves, Jagtar Narula, Wayne Pensky, Vyomesh I. Joshi, and Todd A. Booth (collectively, "Defendants") named in the above-referenced action (the "Class Action") to give you notice of a proposed class action settlement filed with the United States District Court for the Eastern District of New York on December 19, 2022.  This letter constitutes notice under the Class Action Fairness Act, 28 U.S.C. § 1715(b) and is provided on behalf of each of the Defendants in the Class Action.  Enclosed herewith is a CD containing the documents referenced below.

(1)     The following are included on the enclosed CD in the folder labeled "Tab 1" --  (a) Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on April 9, 2021, in *Kehoe v. 3D Systems Corp., et al.,* Case No. 1:21-cv-01920-NGG-LB (E.D.N.Y.); (b) Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on April 29, 2021, in *Kumar v. 3D Systems Corp., et al*., Case No. 1:21-cv-02383-ENV-LB (E.D.N.Y); (c) Amended Class Action Complaint for the Violation of the Federal Securities Laws, and all attachments thereto, filed on September 13, 2021, in *In re 3D Systems Securities Litigation,* No. 1:21-cv-01920-NGG-TAM (E.D.N.Y.)

December 21, 2022
Page 2

(2)     On December 19, 2022, Lead Plaintiff in the Class Action filed a Notice of Motion and Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (the "Preliminary Approval Motion"), requesting preliminary approval of the proposed settlement, approval of the proposed class notice, and the scheduling of a final fairness hearing.  The Preliminary Approval Motion, and all attachments thereto, are included on the enclosed CD in the folder labeled "Tab 2."

(3)     The proposed Notice of Pendency and Proposed settlement of Class Action, Proof of Claim and Release Form, and Summary Notice of Pendency and Proposed Class Action Settlement are included on the enclosed CD in the folder labeled "Tab 3."

(4)     The Stipulation of Settlement, as filed with the Court on December 19, 2022, is included on the enclosed CD in the folder labeled "Tab 4."

(5)     No final judgment or notice of dismissal has yet been entered.  The proposed form for the Order and Final Judgment is included on the enclosed CD in the folder labeled "Tab 5."

(6)     Given the nature of the claims in the Class Action, it is not feasible to provide the names of class members who reside in each state.  It is also not feasible to provide the estimated proportionate share of the claims of such members to the entire settlement.

In addition to the above documents, the federal court docket for the Class Action is available on the federal government's PACER service at https://ecf.cacd.uscourts.gov/cgi-bin-login.pl. Additional information about PACER can be found at http://pacer.psc.uscourts.gov.

Sincerely,

Elizabeth Gingold Clark
Counsel for Defendants

Attachment and Enclosure

cc:   Lead Plaintiff's Counsel

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Steve Marshall | 501 Washington Ave. | | Montgomery | AL | 36104 |
| Office of the Attorney General | Treg R. Taylor | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Mark Brnovich | 2005 N. Central Ave. | | Phoenix | AZ | 85004 |
| Office of the Attorney General | Leslie Rutledge | 323 Center St. | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Attorney General | William Tong ** | 165 Capitol Ave. | | Hartford | CT | 06106 |
| Office of the Attorney General | Kathy Jennings | Carvel State Building | 820 N. French Street | Wilmington | DE | 19801 |
| Office of the Attorney General | Karl A. Racine | 400 6th Street NW | | Washington | DC | 20001 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol, PL 01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Holly T. Shikada | 425 Queen Street | | Honolulu | HI | 96813 |
| Office of the Attorney General | Lawrence Wasden | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W. Randolph Street | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W. Washington St., 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General of Iowa | Tom Miller | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Office of the Attorney General | Derek Schmidt | 120 S.W. 10th Ave. | 2nd Fl. | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | P.O. Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | Brian Frosh | 200 St. Paul Place | | Baltimore | MD | 21202 |
| Office of Massachusetts Attorney General Maura Healy | ATTN: CAFA Coordinator/General Counse's Office | 1 Ashburton Place | | Boston | MA | 02108 |
| Department of Attorney General | Dana Nessel | 525 W. Ottawa Street | P.O. Box 30212 | Lansing | MI | 48909 |
| Office of Minnesota Attorney General | Keith Ellison | 445 Minnesota Street | Suite 1400 | Saint Paul | MN | 55101 |
| Office of the Attorney General | Lynn Fitch | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Missouri Attorney General's Office | Eric Schmitt | Supreme Court Building | 207 W. High St., P.O. Box 899 | Jefferson City | MO | 65102 |
| Office of the Attorney General | Austin Knudsen | Justice Building, Third Floor | 215 N. Sanders, P.O. Box 201401 | Helena | MT | 59620 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Aaron Ford | 100 N. Carson Street | | Carson City | NV | 89701 |
| Office of the Attorney General | John Formella | New Hampshire Department of Justice | 33 Capitol Street | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 8625 |
| Office of the Attorney General | Hector Balderas | Villagra Building | 408 Gailesteo Street | Santa Fe | NM | 85701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street | 15th Floor | New York City | NY | 10005 |
| Office of the Attorney General | Josh Stein | Attorney General's Office | 9001 Mail Service Center | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew Wrigley | 600 E. Boulevard Ave. | Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Dave Yost | 30 E. Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F. Rosenblum | Oregon Department of Justice | 1162 Court St. NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | Pennsylvania Office of Attorney General | Strawberry Square, 16th Floor | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Neronha | 150 S. Main Street | | Providence | RI | 02903 |
| Office of the Attorney General | The Honorable Alan Wilson | | P.O. Box 11549 | Columbia | SC | 29211 |
| Office of the Attorney General | Mark Vargo | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | | P.O. Box 20207 | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | | P.O. Box 12548 | Austin | TX | 78711 |
| Office of the Attorney General | Sean Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Susanne Young | 109 State Street | | Montpelier | VT | 5609 |

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Jason Miyares | 202 N. Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | Bob Ferguson | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawha Blvd. E | Charleston | WV | 25305 |
| Office of the Attorney General | Josh Kaul | Wisconsin Department of Justice | P.O. Box 7857 | Madison | WI | 53707 |
| Office of the Attorney General | Bridget Hill | Kendrick Building | 2320 Capitol Avenue | Cheyenne | WY | 82001 |
| Office of the Attorney General | Merrick B. Garland | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |
| Department of Legal Affairs | Fainu'ulelei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Office of the Attorney General Guam | Leevin T. Camacho | 590 S Marine Corps Dr Ste 901 | | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Caller Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernandez | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 3438 Kronprindsens | Gade GERS Bldg 2nd Fl | St Thomas | VI | 00802 |
| | | | | | | |
| ** Sent via Email to AG.CAFA@CT.GOV | | | | | | |