**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE 3D SYSTEMS SECURITIES
LITIGATION

CASE No.: 1:21-cv-01920-NGG-TAM

**NOTICE OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that, pursuant to the Court's July 18, 2023, Order Preliminarily Approving Class Action Settlement and Providing for Notice, on November 21, 2023 at 10:00 a.m., before the Honorable Nicholas G. Garaufis, Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, Courtroom 4D, Lead Plaintiff Darrell E. Cline and Named Plaintiffs Troy Kehoe, Alfonzo Woods, Osiel Herrera Martinez, and Diane Van Alstyne ("Plaintiffs") move the Court for entry of an Order awarding: (1) attorneys' fees in the amount of one-third of the $4,000,000 Settlement Amount, plus interest; (2) reimbursement of litigation expenses, plus interest; and (3) Awards to Plaintiffs.[1]

This motion is based on: (a) this Notice of Motion; (b) the accompanying Memorandum of Law in Support thereof; (c) the Declaration of Phillip Kim in Support of the Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Awards to Plaintiffs (and all exhibits thereto); (d) the pleadings and papers filed herein; (e) arguments of counsel; and (f) any other matters properly before the Court.

A proposed order is submitted herewith.

Dated: October 17, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Robin Bronzaft Howald
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings ascribed to them in the Stipulation of Settlement, filed December 19, 2022 (ECF 55).

1

Email: pkim@rosenlegal.com
Email: rhowald@rosenlegal.com
Email: estone@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 17, 2023, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Phillip Kim*
Phillip Kim