UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────

IN RE 3D SYSTEMS SECURITIES LITIGATION

**MEMORANDUM & ORDER**
**21-CV-1920 (NGG) (TAM)**

───────────────────────────────

NICHOLAS G. GARAUFIS, United States District Judge.

This is a securities class action against 3D Systems Corporation brought by a putative class of investors in the company's stock. (*See* Am. Compl. (Dkt. 43).) Pending before the court are Plaintiffs' (1) Motion for Final Approval of the Class Action Settlement and (2) Motion for Attorneys' Fees, which the court referred to Magistrate Judge Taryn A. Merkl for a report and recommendation ("R&R"). (*See* Mot. for Settlement (Dkt. 66); Mot. for Attorneys' Fees (Dkt. 68); October 20, 2023 Order Referring Mot.) Judge Merkl issued the annexed R&R on December 5, 2023, recommending that the court grant Plaintiffs' motions; enter the order approving final settlement; and award attorneys' fees and expenses to Plaintiffs' counsel and incentive awards to the named Plaintiffs. (R&R (Dkt. 73).)

No party has objected to Judge Merkl's R&R, and the time to do so has passed. (*See* Notice of Non-Opposition (Dkt. 74)); *see also* Fed. R. of Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full.

The court therefore approves and enters the global class settlement award in the amount of $4,000,000; awards attorneys' fees of 33% of the settlement amount to Plaintiffs' counsel; awards attorneys' expenses of $43,860.32 to Plaintiffs' counsel; and awards Lead Plaintiff Darrel E. Cline $7,500, and the four other

1

named Plaintiffs, Troy Kehoe, Alfonzo Woods, Osiel Herrera Martinez, and Diane Van Alstyne, $3,500 each, totaling $21,500 in Plaintiffs' awards.

Plaintiffs' (1) motion for final settlement approval and (2) motion for attorneys' fees and award are thus GRANTED. The court therefore enters the attached order approving the class action settlement.

SO ORDERED.

Dated:   Brooklyn, New York
         January 3, 2024

                                        s/Nicholas G. Garaufis
                                        NICHOLAS G. GARAUFIS
                                        United States District Judge